**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Meadow Valley Contractors, Inc., a Nevada corporation, | No. CV-11-8154-PCT-GMS |
| Plaintiff/Counter-Defendant, | **ORDER** |
| vs. | |
| C&S Engineers, Inc., a New York corporation; John and Jane Does I-X; ABC Corporation I-X; and XYZ Partnerships I-X, | |
| Defendants/Counter-Claimants. | |

Pending before the Court is Defendant's Motion to Extend Time to File Stipulation (Doc. 35),

**IT IS ORDERED** granting the Motion and extending the time in which the parties may submit their stipulation to and including **June 11, 2012**.

DATED this 30th day of May, 2012.

A. Murray Snow

/G. Murray Snow
United States District Judge